**Exhibit A to the Complaint**

**Location:** Sherborn, MA  
**Total Works Infringed:** 31  
**IP Address:** 66.31.108.183  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 49243B76FAD5DEA5FE184E49C2642CEB9C7E6E5C<br>File Hash:<br>F86A5E53299D37525537715DF01A038E4F77A5DE5D96E529D2650F09AC518773 | 02/27/2024 03:52:24 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 2 | Info Hash: 5517D1D269D5D1DA7DD12D707711D321B043699F<br>File Hash:<br>0D66A802C9EA84AE75F4CA0BF151A663025880E0A3DCBC9D776D3B792AB6F3BB | 02/27/2024 03:38:36 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 3 | Info Hash: C178C4FE41109A7F19003FD41CDA3A6B7236CA23<br>File Hash:<br>423D83E3E880B81B35A98104F8A2DC1ED1AF7B24FABA9302FF359E32941B7CF2 | 02/19/2024 05:32:30 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 4 | Info Hash: 084A24CCA74CA9FA004F2C2C771EBFF16058D18D<br>File Hash:<br>E882C375A1616AB619DD8AE6DF80F02A6B6D3C775F99C52050282B4BA53A0CBC | 02/19/2024 05:32:20 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 5 | Info Hash: 9B312865579E7AB7459F216E0FF6E1369CDE94FF<br>File Hash:<br>80DDBED17BFAA04266FE0639055226F2537DF4B2444DCDBCCB15852836306769 | 02/19/2024 05:31:37 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 6 | Info Hash: AFB586E05E65A81111F9B2DBA6754CA05F3606CC<br>File Hash:<br>2997EF57406F7489732EFC8CBD7767E709303EBDCB74643AF314BA30CDF75341 | 02/04/2024 08:06:28 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 7 | Info Hash: 7FD285FE8D98465FC4C720596E43125C4EE438B4<br>File Hash:<br>86FCFB193CBACD77D5D8953689FF8E225AA88B50937DE40F16A29FA0ABE6DA21 | 02/04/2024 08:01:15 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 8 | Info Hash: 7203FFBF7DCD547EFD0B9853420D11BFEFFE9171<br>File Hash:<br>71B15C81D70ED9F45F899AED44E9533BE4519C28228541FF84F0151CC9B422BC | 01/25/2024 11:25:09 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 9 | Info Hash: EE4AC3C352214705027DFBCB4C6478E372E90C6B<br>File Hash:<br>39D0F0EF3EC5C2D6C2EC523085AFFB41E51C37C8866DE02CC39A60ACE0EDB0BA | 01/25/2024 11:24:20 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 10 | Info Hash: B80EBE72BBEC4921801E5FB115D45EF974D05A2B<br>File Hash:<br>058F0FD11BF44F9238CAD9F6C59C8921E5C00CD9A07F66259961C541E01EEEE9 | 01/06/2024 09:58:02 | Blacked Raw | 03/05/2023 | 04/07/2023 | PA0002405735 |
| 11 | Info Hash: A84145AAA143840FA346A1D895BA4BAF7F1836C0<br>File Hash:<br>52288C57F5A6103EE4E253842EE8ABAA4194ACBC796E4277AD0BBC90E5B3367A | 01/06/2024 09:57:32 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 475A774F0B1713F50547662E49FC26B35054D93B<br>File Hash: 891176DF4280E09205AA0857F964A172786023B1BDD82F0821068F43BAB9C3A0 | 12/31/2023 08:47:27 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 13 | Info Hash: E9916EF3EDA15D5E4BFEEB0514D83AB523622867<br>File Hash: DC21A55BD08B6A8F6687A1B815441352D9F71925E42FDAFC5CA15DD8A312F9D9 | 12/17/2023 20:57:10 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 14 | Info Hash: B73D07A21152BFE14A4C225FF26C0BC8A940EC74<br>File Hash: D9B529889D86AC08456D373083E47BF9CFDC61F33E3F199020F69FF5BA183754 | 12/17/2023 20:50:48 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 15 | Info Hash: C52B8D1F8D7F7CA075AAAD6FFA46BA4908FC3C6C<br>File Hash: 761E9BFCFFC7481917331EC65F32D7ED2A57C927050B547A714AF00BB7B448FF | 12/06/2023 04:36:12 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 16 | Info Hash: 7F7DBB74DE5F3E5B430A7852729B0C4AF8BF1CDC<br>File Hash: E1C911A41A11E848E0F858720B9FAF64EB1B38B827EAAC3AE6E38C0A5275CEB9 | 12/06/2023 04:35:23 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 17 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 10/26/2023 03:30:53 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 18 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 10/26/2023 03:28:19 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 19 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 08/23/2023 00:34:07 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 20 | Info Hash: 3D74ED835F96851E1D872CDFE806172D31D58719<br>File Hash: 7B227EC52AD2947808AB5AD555CF7AA03E6DB078ECD67581F63553D60156E5A0 | 08/23/2023 00:32:54 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 21 | Info Hash: F2CDA3E7EFFB94323CA4B5F4134D3F8E872216B7<br>File Hash: 967682FD283AB7D0140EE1FEF41F39A54F0AD87BFA60AC6B4E98C72173C5213E | 08/23/2023 00:31:49 | Blacked Raw | 07/31/2023 | 08/17/2023 | PA0002425528 |
| 22 | Info Hash: DC8DA28EF9175561883B23CE7C83E389BE571AB3<br>File Hash: 3036353BCD23086E540458BD1D9AB76DBD77851BFDFEA060D51C77CB6FE61943 | 08/23/2023 00:30:50 | Blacked Raw | 07/17/2023 | 08/17/2023 | PA0002425535 |
| 23 | Info Hash: 5350B7EBFC5725A84EE60BFBA2E1E9E59CFC1DF4<br>File Hash: 56722B1FA5F80B64E4B9D5E7B35BF4DB3F6D977FCC21AA34893670F2B18812FC | 08/23/2023 00:30:40 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0672640B6F205B14C546FDD1D362F3BC310EEEFA<br>File Hash: DC6148F265A95BF87AC809D45C2FABFC04F56C9EF26307328749108FDDFC184D | 05/12/2023 06:05:04 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 25 | Info Hash: 0D3C54D9E89AAD1BD261AAED4A7087FC349DE544<br>File Hash: 83F6A40C5DD7D07EFF785C5804D4FE1FAA4E30048E8853F5D9683127221512B6 | 03/19/2023 21:18:07 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |
| 26 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash: 7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 02/08/2023 04:35:35 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 27 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash: DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11/27/2022 10:01:43 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 28 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09/10/2022 08:13:53 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 29 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 05/28/2021 08:01:45 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 30 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05/25/2021 06:22:22 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 31 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash: 2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 05/25/2021 06:21:38 | Blacked Raw | 05/03/2021 | 06/15/2021 | PA0002296918 |